**Order entered October 19, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00191-CV

## FIELDALE FARMS CORPORATION, OZARK MOUNTAIN POULTRY, INC., AND HOUSE OF RAEFORD FARMS, INC., Appellants/Cross-Appellees

### V.

## SOMMA FOOD GROUP, LLC, Appellee/Cross-Appellant

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00698**

### ORDER

Each party in this appeal, including appellee/cross-appellant SOMMA Food Group, LLC, filed an appellant's opening brief. Because local rule 5 provides that in a civil appeal in which a cross-appeal has been filed the brief to be filed by the appellee is a combined appellee's and cross-appellant's brief, we struck SOMMA's opening brief on October 7, 2020 and ordered SOMMA to file a combined responsive and cross-appellant's brief no later than November 20, 2020.

By motion filed October 12, 2020, the parties jointly request we reinstate SOMMA's brief and set the deadlines, as agreed to by the parties, for the remaining briefs to be filed. The parties note that numerous claims were asserted against each other in the trial court, and "[t]he trial court entered a final judgment in which all parties were the subject of an adverse judgment." The parties further note that each party filed a notice of appeal. They explain that, "[b]ecause it was not clear which of the parties was a 'cross-appellant' as opposed to an 'appellant,' and because those designations might ultimately prove confusing to this Court, given the various claims among the parties, the parties agreed that their respective briefs would be filed in unison - all appellants' briefs together, then all appellees' briefs, and then all reply briefs."

We **DENY** the motion. Although all parties may have been the subject of "an adverse judgment," SOMMA and appellant House of Raeford Farms, Inc. ("HORF") also prevailed on some of their claims and were awarded monetary damages. Accordingly, we **REALIGN** HORF as an appellee/cross-appellant. The appeal shall now proceed under the style "*Fieldale Farms Corporation and Ozark Mountain Poultry v. SOMMA Food Group, LLC and House of Raeford Farms, Inc.*" In accordance with local rule 5, we **STRIKE** HORF's opening brief and **ORDER** HORF to file a combined appellee's and cross-appellant's brief.

Based on the issues raised in Fieldale Farms Corporation's brief, Ozark Mountain Poultry, Inc.'s brief, and HORF's stricken brief, we **SET** the briefing schedule as follows:

•The deadline for filing SOMMA's and HORF's combined responsive and cross-appellants' briefs is November 20, 2020;

•The deadline for filing Ozark's combined reply brief and cross-appellee's brief and Fieldale's reply brief, or combined reply brief and cross-appellee's brief if applicable based on the issues raised in SOMMA's brief, is December 21, 2020; and,

•The deadline for filing SOMMA's and HORF's cross-appellant's reply briefs is January 11, 2021.

We recognize HORF asserted cross-issues against SOMMA, and it appears SOMMA may assert cross-issues against HORF. Accordingly, we **ORDER** any cross-appellee's briefs between SOMMA and HORF be filed by December 21, 2020.

/s/    BILL WHITEHILL
JUSTICE